UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALTON D. HOLLIS and LINDA S. HOLLIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WILSON COUNTY, JAMES LANIER, and STACY SWINDELL, | ) ) ) ) |
| Defendants. | ) |

Case No. 3:08-0439
Judge Echols

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) The Motion for Summary Judgment filed by Defendant Stacy Swindell (Docket Entry No. 28) is hereby GRANTED solely with respect to Plaintiffs' federal claims;

(2) The Motion for Summary Judgment filed by Defendant Wilson County and Defendant James Lanier (Docket Entry No. 33) is hereby GRANTED solely with respect to Plaintiffs' federal claims;

(3) Plaintiffs' federal claims against Defendants are hereby DISMISSED WITH PREJUDICE; and

(4) The Court declines to exercise supplemental jurisdiction over Plaintiffs' state-law claims against Defendants and those claims are hereby DISMISSED WITHOUT PREJUDICE; and

(5) Plaintiffs' Request for Judicial Notice (Docket Entry No. 51) is hereby GRANTED.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE